# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3413
LT Case No. 55-2022-CA-1450

_____

CAMILLE A. ABBOUD,

    Appellant,

    v.

IRYNA R. ABBOUD and DERRI
LASSITER YOUNG, ESQUIRE,

    Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Howard Ogle McGillin, Jr., Judge.

Camille A. Abboud, St. Johns, pro se.

No Appearance for Appellees.

January 8, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and EISNAUGLE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*